**Order entered April 19, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00413-CV

No. 05-16-00415-CV

No. 05-16-00416-CV

No. 05-16-00417-CV

**IN RE LARRY B. JOHNSON, Relator**

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-0811221-H, F-0811151-H, F-0900661-H, F-0900662-H**

## ORDER
Before Chief Justice Wright, Justice Lang, and Justice Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as unnecessary relator's motion for leave to file the petition for writ of mandamus.

We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     ADA BROWN
JUSTICE